Case 3:08-mj-01668-JMA    Document 1    Filed 05/28/2008    Page 1 of 4

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 28 AM 8:39

### ARREST ON OUT-OF-DISTRICT OFFENSE

'08 MJ 1668

Magistrate Case Number: _____

The person charged as ___Emiliano MENDOZA-Sanchez___ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the ___Eastern___ District of ___California___

with ___Deported Alien Found in the United States___, in violation of ___Title 8, United States Code, Section 1326(a) & (b)(2)___

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: ___May 28, 2008___.

Jesus Robles
(Name)
Deportation Officer
~~Deputy United States Marshal~~

Reviewed and Approved:

Dated: May 28, 2008

_____
Assistant United States Attorney

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

EMILIANO MENDOZA-SANCHEZ ,

## WARRANT FOR ARREST

RECEIVED
UNITED STATES MARSHAL
08 MAR 21 AM 10: 30
EASTERN DISTRICT
OF CALIFORNIA

Case Number: 2:08-CR-00131-FCD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Emiliano Mendoza-Sanchez ,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Deported Alien found in the United States**

in violation of Title  8    United States Code, Section(s)  1326

| M. Plummer | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 3/21/08    Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  $No Bail    by    Magistrate Judge Edmund F. Brennan

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received    Name and Title of Arresting Officer

Date of Arrest    Signature of Arresting Officer

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYLE F. REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2782
```

**FILED**

MAR 20 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By: _____ Deputy Clerk
Dated: 3-21-08

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2 0 8 - CR - 0 1 3 1
                          )
         Plaintiff,       ) VIOLATION: 8 U.S.C.
                          ) §§ 1326(a) and (b)(2) -
    v.                    ) Deported Alien Found in the
                          ) United States
EMILIANO MENDOZA-SANCHEZ, )
  aka Emiliano Sanchez-Mendoza, )
                          )
         Defendant.       )
_____)

## INDICTMENT

The Grand Jury charges: T H A T

EMILIANO MENDOZA-SANCHEZ,
  aka Emiliano Sanchez-Mendoza,

defendant herein, an alien, on or about March 5, 2003, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

> Possession of a Controlled Substance for Sale in violation of California Health and Safety Code Section 11378, on or about June 28, 2002, in Kern County, California;

and, thereafter, on or about January 31, 2008, the defendant was found in the State and Eastern District of California, with neither

1

1 | the Attorney General of the United States nor the Secretary of the
2 | Department of Homeland Security having expressly consented to a
3 | reapplication by the defendant for admission into the United States,
4 | in violation of Title 8, United States Code, Sections 1326(a) and
5 | (b)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
FOREPERSON

_[signature]_
McGREGOR W. SCOTT
United States Attorney

2