**Minutes of the United States District Court**
**Southern District of California**
**JUNE 10, 2008**

HON.  JAN M. ADLER                    DEPUTY CLERK: **R. RHONE**

---

TAPE NO. JMA08-01-14:36-14:40

08MJ1668-JMA           USA        vs.        EMILIANO MENDOZA-SANCHEZ (C)

REMOVAL/ID HRG

STEPHEN P. WHITE, CJA

AUSA: CARLOS CANTU

---

REMOVAL HRG WAIVED
WARRANT OF REMOVAL SIGNED BY THE CT

4 MINUTES